# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Troy Bell  **Docket Number:** 04-00040-001
 **PACTS Number:** 32984

**Name of Sentencing Judicial Officer:** Honorable William H. Walls
United States District Judge

**Date of Original Sentence:** 11/03/04

**Original Offense:** Conspiracy to Import Cocaine

**Original Sentence:** Imprisonment - 100 months; Supervised Release - 4 years; Special Assessment - $100; Fine - $500

**Date of Re-Sentence:** 11/18/08

**Re-Sentence:** Imprisonment - Time served; Supervised Release - Reduced from 4 years to 2 years; Special Assessment - $100; Fine - $500

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 06/12/11

**Assistant U.S. Attorney:** Joseph Gribko  **Defense Attorney:** Cynthia Hardaway, Esq.

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'Upon release from imprisonment, the defendant shall report in person to the Probation Office in the district to which he was released.'**<br><br>On June 12, 2011, the offender was released from a State of New Jersey term of imprisonment. Subsequent to release from imprisonment to a New Jersey address, the offender failed to report in person to the Probation Office for the District of New Jersey. |
| 2 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**<br><br>On November 11, 2011, the offender was arrested by the Holmdel, New Jersey, Police Department and charged with shoplifting. He was released on a personal recognizance bond, pending further court action. At this time, based on the value of the merchandise |

(over $1,000), the charge has been referred for Indictment with the Superior Court of New Jersey, Monmouth vicinage, and it remains pending.

3   The offender has violated the supervision condition which states '**You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.**'

On December 27, 2011, the offender signed on with the Federal Bureau of Investigation to become an informant, doing so without the permission of the United States Probation Office or the Court.

I declare under penalty of perjury that the foregoing is true and correct.

By: Carolyn S. Johnson
U.S. Probation Officer
Dated: 02/16/12

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[V] The Issuance of a Summons. Date of Hearing: 5/April/12.
[ ] Other

_____
Signature of Judicial Officer

14 March 2012
_____
Date